UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEC NAIMAN,                                    95 Civ. 6469 (RPP/FM)

                         Plaintiff,        Judge Patterson

      -against-                              Notice of Entry

NYU HOSPITALS CENTER,

                         Defendant

**NOTICE OF ENTRY**

    Please take notice that the within is a true copy of a Judgment duly entered by Honorable Robert P. Patterson, Jr. within the District Court, Southern District of New York on May 5, 2005.

Dated:   New York, NY
             May 11, 2005

                                                  By: Ronald S. Kahn, Esq.
                                                            RSK:6304
                                                      Attorney for Plaintiff
                                      39 West 37th Street, 14th Floor
                                                New York, NY 10018
                                               Tel No: 212 768-0077

TO:   Alan Rich, Esq.
        250 W. 57th Street, Suite 1619
        New York, New York 10107

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*FILED MAY 5 2005 S.D. OF N.Y.*

#113

ALEC NAIMAN,

95 Civ. 6469 (RPP/FM)

*closed*

Plaintiff,

Judge Patterson

-against-

Judgment

NYU HOSPITALS CENTER,

#05,0851

Defendant

---

This action came on by motion before the Court, Honorable Robert R. Patterson, District Judge, presiding, and the issues having been duly heard and a decision having been duly rendered,

It is Ordered and Adjudged

that the plaintiff Alec Naiman recover of Alan Rich, Esq. having an office at 250 West 57 Street, New York, NY 10107 the sum of $113,150.47 ~~$113,214.73~~, with interest thereon at the rate of 9% per cent as provided by law, ~~and his costs of action in the sum of $_____ for a total judgment in the sum of $~~ with costs to be taxed by the Clerk.

Dated at New York, New York, this 4th day of May, 2005.

*[signature]*
USDJ

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 5/3/05

MICROFILM -9 00 AM
MAY - 6 2005

STATE OF NEW YORK      )
                       :ss:
COUNTY OF NEW YORK     )

RONALD S. KAHN, an attorney admitted to practice affirms and says: I am not a party to the action, am over the age of 18 and maintain my office to practice law at 39 West 37th Street, New York, New York.

On May 11, 2005 I served a true copy of the annexed

NOTICE OF ENTRY

by mailing the same in a sealed envelope with a return address on it, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

Alan Rich, Esq.
Baree Fett, Esq.
250 W. 57th Street, Suite 1619
New York, New York 10107

RONALD S. KAHN

RSK: 6304

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                    95 Civ. 6469 (RPP/FM)

ALEC NAIMAN,

                    Plaintiff,

    -against-

NYU HOSPITALS CENTER,

                    Defendant.

---

### NOTICE OF ENTRY

---

RONALD S. KAHN, ESQ.
Attorney for Plaintiff
39 West 37th Street, 14th Floor
New York, New York 10018
(212) 768-0077

---

Service of a copy of the within is hereby admitted:

Dated:                                             20              Dated:                                        , 20
Signature (Rule 130.1-1-a)                        Signature (Rule 130.1-1-a)


................................................                  ................................................
Print Name below:                                 Print Name below:

**PLEASE TAKE NOTICE:**

_____  NOTICE OF ENTRY

That the within is a true copy of an             duly entered in the office of the clerk within named court on

_____  NOTICE OF SETTLEMENT

That an order _____ of which the within is a true copy will be presented for settlement to the **HON.**
_____ one of the judges of the within named Court, at on _____ 20__ at ____.M.
DATED:

                                              Yours, etc.
                                              **RONALD S. KAHN, ESQ.**