USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
ALEC NAIMAN,

                        Plaintiff,              95 Civ. 6469 (RPP)

    - against -                              ORDER

NEW YORK UNIVERSITY HOSPITAL
CENTER,

                        Defendant.
------------------------------------------------------X

**ROBERT P. PATTERSON, JR., U.S.D.J.**

      Defendant New York University Hospitals Center is directed to file a response to the various points raised in the Report of the Special Master Report dated 11/21/05 and, particularly, to the points raised in his Final Comments and Recommendations. The response will be due by December 30, 2005, with copy to the Special Master.

      IT IS SO ORDERED.

Dated: New York, New York
       November 30, 2005

                                                          Robert P. Patterson, Jr.
                                                          U.S.D.J.

Copies of this order sent to:

Counsel for Plaintiff:

Law Office of Alan J. Rich
130 West 42nd St., #904
New York, NY 10036
Attn: Alan J. Rich, Esq.
Baree Fett, Esq.
Tel: 212-219-1000
Fax: 212-219-8944

Ronald S. Kahn
39 West 37th Street
14th Floor
New York, NY 10018
Tel: 212/768-0077
Fax: 212/768-1723

Counsel for Defendant

Garfunkel, Wild & Travis, P.C.
111 Great Neck Road
Great Neck, NY 11021
Attn: Roy W. Breitenbach, Esq.
Tel: 516-393-2272
Fax: 516-466-5964

Oscar Cohen
Special Master
4 Hillary Court
Chestnut Ridge, NY 10977