*Patterson, J*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/29/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALEC NAIMAN,

        Plaintiff,

    -against-

NEW YORK UNIVERSITY HOSPITALS CENTER,

        Defendant.

------------------------------------------------------------X

95 CIV 6469 (RPP)

**ORDER**

    Alan J. Rich ("Rich"), having moved for an Order directing that an entry of Satisfaction of Judgment *nunc pro tunc* as of December 9, 2005, in the amount of $113,150.47, such Judgment having been entered on May 5, 2005 against Rich and in favor of Alec Naiman ("Naiman") [Docket no. 113], and upon Rich having submitted the Order to Show Cause signed by this Court on September 24, 2010, with the Declaration of Rich, dated September 24, 2010 with exhibits, including, but not limited to: cashiers' checks dated August 29, 2005 and December 9, 2005 totaling $113,150.47, satisfying the above Judgment in full, a letter from Ronald S. Kahn, Esq., dated December 9, 2005, indicating that he has received the December 9, 2005 check and was prepared to exchange releases, and;

    in response to the Order to Show Cause application of Rich, a letter from Ronald S. Kahn, Esq., counsel for Naiman indicating that Rich "made the payments as directed in this Court's so ordered Stipulation...[and that he] will not contest the entry of a satisfaction of the judgment" attaching what purports to be a Satisfaction of Judgment, said document from Kahn being undated with Kahn's current address at 31 Pierce Road, Lafayette, NJ 07848, stating that "satisfaction of said judgement is hereby acknowledged...";

and a hearing on the motion having been held on September 29, 2010,

the motion is hereby granted, and;

the Judgment #05,0851 [Dkt. 113] entered in this action and docketed in the office of the Clerk of the United States District Court, Southern District of New York, signed by Hon. Robert Patterson on May 4, 2005, in favor of Naiman and against Rich in the amount of $113,150.47, is hereby satisfied of record *nunc pro tunc* as of December 9, 2005; and

the Clerk of the Court shall enter this Order and make an entry on the docket of the Judgment in each place where it appears in the docket stating substantially "Satisfied by Order of the Court *nunc pro tunc* as of December 9, 2005."

Dated: September 29, 2010

Robert P. Patterson, U.S.D.J.

2